IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL EDWARD SMITH,<br>Petitioner, | FILED : <br> JAN 31 2014 : <br> MICHAEL E. KUNZ, Clerk : <br> By _____ Dep. Clerk : | CIVIL ACTION |
| JOHN E. WETZEL, et al.<br>Respondents. | : | NO. 13-3705 |

## ORDER

BERLE M. SCHILLER, J.

AND NOW, this 31 day of JAN, 2014, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

i. The Report and Recommendation is APPROVED and ADOPTED.

ii. The petition for Writ of *Habeas Corpus* is STAYED and held in ABEYANCE until the conclusion of petitioner's state court proceedings.

iii. Petitioner shall notify this federal court within forty-five (45) days following the conclusion of his state court proceedings. If petitioner does not return to federal court within forty-five (45) days following the conclusion of state proceedings, this stay and abeyance order is vacated and his petition is dismissed without prejudice.

iv. There is no probable cause to issue a certificate of appealability.

v. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Berle M. Schiller

BERLE M. SCHILLER, J.